■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL WOLF, Appellant.—Judgment unanimously affirmed. Same memorandum as in *People v Sharpe* (115 AD2d 996). (Appeal from judgment of Erie County Court, Dillon, J.—criminal sale of controlled substance, second degree, and another charge.) Present—Hancock, Jr., J. P., Callahan, Denman, Green and Pine, JJ.